9.14.15

73,971-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
C.O.C. Appeals of Texas
Post Office Box 12508, Capitol Station
Austin, Texas 78711

Tr. Ct. No. 2009CR9303 W-W1
WR-73,971-04

STATE vs Cagle, (APP. 14 DIST 2002) 77 S.W. 3d 344
with this authority I Request Relef purseuant
with 11.07 the above offense Is a misdeameanor
without the Enhancement. Prosecution used the
Enhancement as an element of the offense.
C.C.P. art 44.01(A)(1), V.T.C.A. Penal Code 22.01
(b)(2)

Respectfully Submitted

STEVEN M. GARY.